1822.

SMEDBERG
v.
MARK.

---

SMEDBERG *against* MARK, Executor of MARK.

A writ of *ne exeat republica* will not be granted, where the plaintiff's demand is purely legal, or where the defendant is an executor or administrator, and there is no affidavit that *assets* have come to his hands.

*May 29th.*   BILL for a writ of *ne exeat*, charging that the defend-
ant is sued at law, as executor, on a bill of exchange, in-
dorsed by the testator, and protested for non-acceptance
and non-payment; and that the defendant threatens to go
abroad, and that the debt will be endangered, &c.

*C. I. Graham,* for the plaintiff.

THE CHANCELLOR denied the application, on the ground
that the demand was purely legal, and not of equitable
cognizance; and, also, because there was no charge or
affidavit that assets had come to the hands of the defend-
ant.   This last fact was held to be indispensable by Lord
*Hardwicke,* (*Anon.* 2 *Vesey,* 489.) as the demand arises
in *auter droit,* and it would otherwise be holding one to
bail, who would not be held to bail at law.

Motion denied.